**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6558**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES WILLIAM COOK, III,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-92-94, CA-96-787-AM)

───────────────

Submitted: May 29, 1998          Decided: August 24, 1998

───────────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Charles William Cook, III, Appellant Pro Se. Dennis Michael Kennedy, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Cook, Nos. CR-92-94; CA-96-787-AM (E.D. Va. Mar. 10, 1997). Appellant's motion to produce transcripts at the Government's expense is denied, as is his motion to stay this appeal pending the production of the transcripts. We deny Appellant's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED